# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | |
| ) | **ORDER** |
| A Cellular Telephone associated with Clark ) | |
| Bakkegard ) | Case No. 1:19-mj-411 |

In the affidavit filed in support of the above-captioned Search Warrant, the affiant requested that this matter remain under seal pending further order of the court.

The record reflects that the Search Warrant was returned executed on November 8, 2019. Accordingly, the court **ORDERS** that all materials associated with the above-captioned Search Warrant, including the Search Warrant, Application for Search Warrant, supporting affidavit, Search Warrant Return shall remain under seal until April 6, 2020, at which time this matter shall be unsealed without further order of the court.

Dated this 6th day of February, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court